```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 10-73851 RJN |
|---|---|
| **JAMES EDWARD CORDUA and PAULETTE MARIE CORDUA,** | Chapter 13 |
| Debtors. | **DECLARATION OF DEBTOR IN SUPPORT OF DEBTORS' MOTION TO VALUE LIEN** |
| _____/ | |

I, James Cordua, declare:

    1. I am one of the debtors in the above-captioned case.

    2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

    3. At the time I filed my chapter 13 case, on December 01, 2010, I was the owner of the real property located at 1128 Dainty Avenue, Brentwood, CA 94513 (the "property").

    4. I am informed and believe that on the date I filed my case, my property was worth approximately $269,000.00.

    5. The property is encumbered by a First Deed of Trust in favor of HSBC Bank USA, National Association, as Trustee under the Pooling and Servicing Agreement dated as of July 1, 2005, Fremont Home Loan

Page 1 of 2

Case: 10-73851   Doc# 11-2   Filed: 02/01/11   Entered: 02/01/11 15:49:39   Page 1 of 2

1  Trust 2005-C in the sum of $378,553.86, as evidenced by its proof of
2  claim filed on December 10, 2010, a copy of which is attached as
3  Exhibit A and made a part hereof.
4      6. E*Trade is the beneficiary of a Second Deed of Trust against
5  the property in the sum of $50,000.00, as evidenced by my Schedule D,
6  a copy of which is attached as Exhibit B and made a part hereof.
7      I declare under penalty of perjury under the laws of the State of
8  California that the foregoing is true and correct.
9  Dated: January 26, 2011                /s/   James Cordua
                                                JAMES CORDUA

Page 2 of 2

Case: 10-73851    Doc# 11-2    Filed: 02/01/11    Entered: 02/01/11 15:49:39    Page 2 of 2