PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed March 01, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 10-73851 RJN

**JAMES EDWARD CORDUA and**               Chapter 13
**PAULETTE MARIA CORDUA,**
                Debtors.
                                          **ORDER VALUING LIEN OF E*TRADE**
_____/

On January 31, 2011 James and Paulette Cordua (hereinafter Debtors) served a motion to value the lien of E*Trade serviced by CLC Consumer Services (hereinafter Lienholder) against the property commonly known as 1128 Dainty Avenue, Brentwood, CA 94513, which lien was recorded in Contra Costa County on or about July 14, 2006 as document 022234700 and assigned to Lienholder in document 031367900 recorded in Contra Costa County on October 3, 2006 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

(1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | |

Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

James and Paulette Cordua
1128 Dainty Avenue
Brentwood, CA 94513

Attn: Officer
E*Trade Bank
671 North Glebe Rd., 16th Floor
Arlington, VA 22203

Attn: Officer
CLC Consumer Services
2730 Liberty Avenue
Pittsburgh, PA 15222

Attn: Officer
HSBC Bank USA, NA
1800 Tysons Blvd.
McLean, VA 22102

Attn: Officer
HSBC Bank USA, NA
c/o CT Corporation System
818 W. 7th St.
Los Angeles, CA 90017

Attn: Officer
Litton Loan Servicing
P.O. Box 829009
Dallas, Texas 75382-9009

Attn: Officer
Litton Loan Servicing, LP
4828 Loop Central Drive, Ste. 600
Houston, TX 77081

Attn: Officer
Litton Loan Servicing, LP
c/o CSC Lawyers Incorporating Service
2730 Gateway Oaks Dr. Ste. 100
Sacramento, CA 95833