Entered on Docket
April 14, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

**The following constitutes the order of the court. Signed April 13, 2016**

William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-73851 WJL** |
| **JAMES EDWARD CORDUA and PAULETTE MARIE CORDUA,** | **Chapter 13** |
| **Debtors.** | **JUDGMENT VOIDING LIEN OF E*TRADE BANK AND ITS SUCCESSORS IN INTEREST** |

______________________________/

On March 1, 2011, this court entered an ORDER VALUING SECOND LIEN OF E*TRADE BANK against certain property of Debtors for purposes of this chapter 13 case. That order was subject to being set aside until Debtors obtained a discharge or completed plan payments in this chapter 13 case. Debtors having obtained a discharge, the court now therefore enters the following judgment:

The second lien of E*Trade Bank and its successors in interest regarding the property commonly known as 1128 Dainty Avenue, Brentwood, CA 94513, and which was recorded in Contra Costa County on

or about July 14, 2006 as document 2006-0222347-00 and assigned on or about October 3, 2006 as document 2006-0313679-00, is hereby determined to be entirely, permanently, and for all purposes void and unenforceable.

*** END OF ORDER ***

COURT SERVICE LIST

James Edward Cordua
Paulette Marie Cordua
1128 Dainty Avenue
Brentwood, CA 94513

Attn: Officer
E*Trade Bank
671 North Glebe Road, #16th Floor
Arlington, VA 22203